UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE:  YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | 3:09-md-02100-DRH<br><br>MDL No. 2100 |

**This Document Relates To:**

| | |
|---|---|
| *Bayley Atkins v. Bayer Healthcare Pharmaceuticals, Inc., et al* | No. 10-cv-13196-DRH |
| *Jessica Aungst v. Bayer Healthcare Pharmaceuticals, Inc., et al* | No. 10-cv-13878-DRH |
| *Elizabeth Bax v. Bayer Healthcare Pharmaceuticals, Inc., et al* | No. 12-cv-11297-DRH |
| *Sheila Bennett v. Bayer Corporation et al* | No. 10-cv-10150-DRH |

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**  These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal filed on July 15, 2014, the above captioned cases are **DISMISSED** with prejudice.  Each party shall bear their own costs.

JUSTINE FLANAGAN,
ACTING CLERK OF COURT

BY:   /s/*Caitlin Fischer*
                    **Deputy Clerk**

**Dated:**  July 15, 2014

Digitally signed by
David R. Herndon
Date: 2014.07.15
16:37:54 -05'00'

**APPROVED:**
        **CHIEF JUDGE**
        **U. S. DISTRICT COURT**